UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No. 2:12-CR-36-1 (WHW) |
| | ) | ORDER |
| DAVID NEWMARK, | ) | |
| Defendant | ) | |

**WILIAM H. WALLS, DISTRICT JUDGE:**

This matter having been opened to the Court by way of letter dated July 16, 2012 from Defendant's counsel, and it appearing that the government consents to the entry of the requested Order, it is **HEREBY ORDERED** that:

1. The conditions of supervised release as set forth in this Court's Judgment, dated June 13, 2012, are hereby amended as set forth herein;

2. The Defendant shall not leave the judicial district without the permission of the Court or probation officer, except that he shall be permitted to travel to the contiguous states of Pennsylvania and New York without Mr. Newmark first obtaining such permission;

3. All other conditions of supervised release set forth in the Judgment shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: 23 July, 2012

Hon. William H. Walls
United States District Judge